No. 10507. The STATE OF MONTANA ex rel. GLACIER GENERAL ASSURANCE COMPANY, a Montana Corporation, RELATOR, v. INDUSTRIAL ACCIDENT BOARD, ROBERT F. SWANBERG, Chairman, J. MAURICE JONES, Commissioner, GLEN O. LOCKWOOD, Commissioner, RESPONDENTS.

Decided October 4, 1962.

374 P.2d 862.

PER CURIAM.

Upon hearing the return to our alternative writ, it was represented in open court by Chairman Swanberg of the Industrial Accident Board, appearing pro se, that the hearing requested by the relator will be granted in Kalispell at the first opportunity going into all matters in connection therewith. This being so, the proceedings are dismissed.